**Milton TOWNSEND, Plaintiff–
Appellant,**

v.

**Bruce E. KENNEY, Plaintiff,**

**and**

**Correctional Officer Edmondson;
Officer Monk, Defendants–
Appellees.**

No. 06–6917.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 1, 2006.

Decided: Nov. 16, 2006.

Milton Townsend, Appellant Pro Se.

Before WILLIAMS, MICHAEL, and
GREGORY, Circuit Judges.

Vacated and remanded by unpublished
PER CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Milton Townsend appeals the district
court's order accepting the recommendation of the magistrate judge and denying
relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and
conclude that the judgment should be vacated and the case remanded to the district court for the Defendants to file a
responsive pleading and for further proceedings.

We dispense with oral argument because
the facts and legal contentions are adequately presented in the materials before
the court and argument would not aid the
decisional process.

*VACATED AND REMANDED.*